**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **CASE NUMBER 6:20-CR-00021-JDK** | |
| **v.** § § § | |
| **MARIO ELEUTERIO GARCIA-SEVILLA, aka MARIO ELEUTERIO GARCIA (1).** § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMMENDATION ON GUILTY PLEA**

The Court referred this matter to the Honorable K. Nicole Mitchell, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge Recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Mario Eleuterio Garcia-Sevilla **GUILTY** of Count One of the Indictment, charging a violation of Title 18 U.S.C. § 371 - conspiracy (a) to knowingly and without lawful authority produce false identification documents, in violation of 18 U.S.C. §1028(a)(1); (b) to knowingly transfer false identification

1

documents, knowing that such documents were produced without lawful authority, which documents appeared to be issued by and under the authority of the United States, in violation of 18 U.S.C. § 1028(a)(2); and (c) to knowingly forge, counterfeit, and falsely make documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, and knowingly utter, possess, and obtain such documents, knowing them to have been forged, counterfeited, and falsely made, in violation of 18 U.S.C. § 1546(a).

So **ORDERED** and **SIGNED** this **17th**  day of  **September, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE